**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

ROBERT RIVERNIDER,

      Petitioner,

v.                                                                    CIVIL ACTION NO. 5:26-cv-00459

WARDEN,
*FCI Beckley Satellite Camp*,

      Respondent.


## <u>ORDER</u>

On July 29, 2026, Petitioner Robert Rivernider filed "Emergency, Specific Objections to the Proposed Findings and Recommendations; Motion to Modify the Sixty-Day Show Cause Deadline; and Request for an Immediate Status Conference, Record Production, and Interim Prerelease Relief." [ECF 11]. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on July 21, 2026. [ECF 10].

Inasmuch as Mr. Rivernider's Motion submits multiple requests to the Court, the matter is **REFERRED ANEW** to Magistrate Judge Aboulhosn to consider whether the subject objections and other relief sought warrant a revised recommendation.

The Court directs the Clerk to transmit a copy of this Order to Magistrate Judge Aboulhosn, to counsel of record, and to any unrepresented party.

ENTER:      August 7, 2026



Frank W. Volk
Chief United States District Judge