**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY DIVISION**

**ROBERT RIVERNIDER,**

**Petitioner,**

**v.** **Case No. 5:26-cv-00459**

**WARDEN, FCI BECKLEY,**
**SATELLITE CAMP,**

**Respondent.**

**RESPONDENT'S MOTION TO FILE**
**BRIEF IN EXCESS OF PAGE LIMIT**

Comes now respondent, by counsel, Seth Frederick, Assistant United States Attorney for the Southern District of West Virginia and hereby moves the Court for leave to file the Response to Order to Show Cause in excess of the 20-page limit imposed by LR Civ P 7.1(a)(2).

Counsel requests for relief from the page limit based on the number of claims raised and request made by the Petitioner. In particular, the Petitioner filed the original Petition for Writ of Habeas under 28 U.S.C. § 2241 (**ECF No.1**); Memorandum of Law in Support of Petition for Writ of Habeas Corpus Under 18 U.S.C. § 2241 Regarding Sentence Computation (**ECF No. 3**); Memorandum Regarding Exhaustion of Administrative Remedies (**ECF No. 4**); Petitioner's Emergency Supplemental Notice of Authority, Supplement to **(ECF No. 11)**; Renewed Request for Immediate Recalculation, Release or Prerelease Relief (**ECF No. 13**); and Petitioner's Supplemental Notice of Binding Fourth Circuit Authority – Benson v. Warden FCI Edgefield (**ECF No. 14)**. The extra pages will enable defendants to adequately respond to Petitioner's claims and provide meaningful context to Petitioner's BOP administrative history.

WHEREFORE, Respondent respectfully requests that this Court grant this motion by permitting the filing of a brief in excess of the twenty-page limit, not counting exhibits, along with such other relief deemed appropriate.

Respectfully submitted,

MOORE CAPITO
United States Attorney

**s/Seth Frederick**
Assistant United States Attorney
SC State Bar No. 104132
United States Attorney's Office
300 Virginia Street, E, Room 4000
Charleston, WV 25301
P: 304-345-2200 F: 304-347-5443
E: seth.frederick@usdoj.gov
*Counsel for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, I electronically filed the foregoing with the Court using the CM/ECF system which will send notification to CM/ECF users and by U.S. Postal Service to the following:

Robert Rivernider
#96006-004
BECKLEY FCI SATELLITE CAMP
P. O. Box 350
Beaver, WV 25813

**s/Seth Frederick**
Assistant United States Attorney