# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

**ROBERT RIVERNIDER,**

**Petitioner,**

**v.** **Case No. 5:26-cv-00459**

**WARDEN, FCI BECKLEY,**
**SATELLITE CAMP,**

**Respondent.**

**DECLARATION OF MISTY SHAW**

In accordance with the provisions of Section 1746 of Title 28, United States Code, I, Misty Shaw, do hereby make the following declaration:

1. I am a Paralegal for the Mid-Atlantic Regional Office Consolidated Legal Center ("CLC"). As a Paralegal, I have access to information regarding Federal Bureau of Prisons ("BOP") inmates, including CICLOPS (formerly SENTRY), the BOP's computer database that tracks the status, activities, and administrative remedies of inmates in federal custody. I also have access to inmates' sentencing and other central file documents.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. Robert Rivernider ("Petitioner"), Federal Register Number 96006-004, is an inmate currently designated by the BOP to serve his federal sentence at Federal Correctional Institution ("FCI") Beckley, West Virginia

4. The BOP has established a four-tiered administrative remedy process. Title 28 C.F.R. § 542.10, *et seq*., sets forth the BOP's administrative remedy program, which provides formal review of any complaint that relates to any aspect of the inmate's confinement. Under this process, inmates are encouraged to first attempt resolution of their complaints informally by discussing the matter with a member of the unit team (BP-8). *See* 28 C.F.R. § 542.13(a). If the attempt at informal resolution does not resolve the matter, the inmate may file a formal complaint with the warden within twenty (20) days of the date on which the basis of the complaint occurred (BP-9). *See id.* at § 542.14. If an inmate is not satisfied with the warden's response, he may appeal to the Regional Director within twenty (20) calendar days of the warden's response (BP-10). *See id.* at

§ 542.15. If the inmate is dissatisfied with the regional response, he may file an appeal with the National Appeals Administrator at BOP's Central Office in Washington, D.C. (BP-11). *See id.* The Central Office appeal is the final level of administrative review in the BOP's administrative remedy process. An inmate is only deemed to have exhausted his administrative remedies when he has filed a complaint at all levels and received a final decision from Central Office.

5. A review of Petitioner's administrative remedy history reveals he has filed two administrative remedies at the institutional level following his supervised release revocation, one regarding his FSA time credit calculation (Remedy ID #1287843-F1) and one regarding his sentence computation (Remedy ID #1288031-F1).

6. Petitioner's administrative remedy history reveals he did not submit any appeals to the region or Central Office regarding these remedies.

7. Attached are true and accurate copies of the following documents:

| | |
|---|---|
| Attachment A: | Inmate History Adm-Rel |
| Attachment B: | Administrative Remedy Generalized Retrieval |
| Attachment C: | Inmate Education Data Transcript |
| Attachment D: | FSA Time Credit Assessment |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of September 2026.

Misty Shaw

Misty Shaw
Paralegal
Mid-Atlantic Regional CLC

# Attachment A

```
  BECA7 531.01   *            INMATE HISTORY               *      09-08-2026
PAGE 001 OF 003  *               ADM-REL                   *      10:06:03

  REG NO..: 96006-004   NAME....: RIVERNIDER, ROBERT
  CATEGORY: ARS         FUNCTION: PRT          FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| BEC | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-15-2026 1339 | CURRENT |
| I-T | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-15-2026 1339 | 04-15-2026 1339 |
| I-T | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-15-2026 0400 | 04-15-2026 1339 |
| A01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-15-2026 0400 | 04-15-2026 0400 |
| A01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-14-2026 0941 | 04-15-2026 0400 |
| ATL | HLD REMOVE | HOLDOVER REMOVED | 04-14-2026 0941 | 04-14-2026 0941 |
| ATL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 04-09-2026 0815 | 04-14-2026 0941 |
| B30 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-09-2026 0815 | 04-09-2026 0815 |
| B30 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-09-2026 0154 | 04-09-2026 0815 |
| TAL | HLD REMOVE | HOLDOVER REMOVED | 04-09-2026 0154 | 04-09-2026 0154 |
| TAL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 04-08-2026 1236 | 04-09-2026 0154 |
| B20 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-08-2026 1236 | 04-08-2026 1236 |
| B20 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-08-2026 0049 | 04-08-2026 1236 |
| MIM | HLD REMOVE | HOLDOVER REMOVED | 04-08-2026 0049 | 04-08-2026 0049 |
| MIM | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 03-05-2026 1225 | 04-08-2026 0049 |
| EST | CMPSNT REL | COMPASSIONATE RELEASE | 05-14-2020 1424 | 03-05-2026 1225 |
| EST | A-DES | DESIGNATED, AT ASSIGNED FACIL | 12-05-2019 1006 | 05-14-2020 1424 |
| EST | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 12-05-2019 0807 | 12-05-2019 1006 |
| EST | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-07-2019 1436 | 12-05-2019 0807 |
| EST | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 06-07-2019 1304 | 06-07-2019 1436 |
| EST | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-01-2018 0835 | 06-07-2019 1304 |
| B03 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-01-2018 0835 | 05-01-2018 0835 |
| B03 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-01-2018 0433 | 05-01-2018 0835 |
| ATL | HLD REMOVE | HOLDOVER REMOVED | 05-01-2018 0433 | 05-01-2018 0433 |
| ATL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 04-30-2018 1400 | 05-01-2018 0433 |
| B09 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-30-2018 1400 | 04-30-2018 1400 |
| B09 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-30-2018 1306 | 04-30-2018 1400 |
| ATL | ADMIN REL | ADMINISTRATIVE RELEASE | 04-30-2018 1306 | 04-30-2018 1306 |
| ATL | A-ADMIN | ADMINISTRATIVE ADMISSION | 04-30-2018 1235 | 04-30-2018 1306 |
| B09 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-30-2018 1235 | 04-30-2018 1235 |
| B09 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-30-2018 0326 | 04-30-2018 1235 |
| PEM | HLD REMOVE | HOLDOVER REMOVED | 04-30-2018 0326 | 04-30-2018 0326 |
| PEM | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 04-25-2018 1453 | 04-30-2018 0326 |
| B15 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-25-2018 1453 | 04-25-2018 1453 |
| B15 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-25-2018 0806 | 04-25-2018 1453 |
| PHL | HLD REMOVE | HOLDOVER REMOVED | 04-25-2018 0806 | 04-25-2018 0806 |
| PHL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 04-24-2018 1734 | 04-25-2018 0806 |
| B15 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-24-2018 1734 | 04-24-2018 1734 |
| B15 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-24-2018 1340 | 04-24-2018 1734 |
| BRO | HLD REMOVE | HOLDOVER REMOVED | 04-24-2018 1340 | 04-24-2018 1340 |
| BRO | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 03-23-2018 2024 | 04-24-2018 1340 |
| P17 | RELEASE 03 | RELEASED FROM IN-TRANSIT, MAR | 03-23-2018 2024 | 03-23-2018 2024 |
| P17 | A-ADMIT 12 | ADMITTED TO IN-TRANSIT, DEC | 12-02-2017 0530 | 03-23-2018 2024 |
| I-T | RELEASE | RELEASED FROM IN-TRANSIT FACL | 12-02-2017 0530 | 12-02-2017 0530 |
| I-T | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 08-04-2017 0530 | 12-02-2017 0530 |

G0002 MORE PAGES TO FOLLOW . . .

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| B10 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 08-04-2017 0530 | 08-04-2017 0530 |
| B10 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 08-03-2017 0436 | 08-04-2017 0530 |
| BRO | HLD REMOVE | HOLDOVER REMOVED | 08-03-2017 0436 | 08-03-2017 0436 |
| BRO | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 08-01-2017 1811 | 08-03-2017 0436 |
| I-T | RELEASE | RELEASED FROM IN-TRANSIT FACL | 08-01-2017 1811 | 08-01-2017 1811 |
| I-T | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-27-2017 0530 | 08-01-2017 1811 |
| A01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-27-2017 0530 | 07-27-2017 0530 |
| A01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-26-2017 0945 | 07-27-2017 0530 |
| ATL | HLD REMOVE | HOLDOVER REMOVED | 07-26-2017 0945 | 07-26-2017 0945 |
| ATL | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 07-25-2017 1448 | 07-26-2017 0945 |
| B03 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-25-2017 1448 | 07-25-2017 1448 |
| B03 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-25-2017 1117 | 07-25-2017 1448 |
| ATL | ADMIN REL | ADMINISTRATIVE RELEASE | 07-25-2017 1117 | 07-25-2017 1117 |
| ATL | A-ADMIN | ADMINISTRATIVE ADMISSION | 07-25-2017 1108 | 07-25-2017 1117 |
| B03 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-25-2017 1108 | 07-25-2017 1108 |
| B03 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-25-2017 1059 | 07-25-2017 1108 |
| EST | FED WRIT | RELEASE ON FEDERAL WRIT | 07-25-2017 1059 | 05-01-2018 0835 |
| EST | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-11-2017 1053 | 07-25-2017 1059 |
| EST | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 05-11-2017 0840 | 05-11-2017 1053 |
| EST | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-04-2017 1042 | 05-11-2017 0840 |
| EST | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 05-04-2017 0850 | 05-04-2017 1042 |
| EST | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-07-2016 0800 | 05-04-2017 0850 |
| B03 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 09-07-2016 0800 | 09-07-2016 0800 |
| B03 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 09-07-2016 0515 | 09-07-2016 0800 |
| ATL | HLD REMOVE | HOLDOVER REMOVED | 09-07-2016 0515 | 09-07-2016 0515 |
| ATL | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 08-25-2016 0830 | 09-07-2016 0515 |
| B16 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 08-25-2016 0830 | 08-25-2016 0830 |
| B16 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 08-25-2016 0329 | 08-25-2016 0830 |
| TAL | HLD REMOVE | HOLDOVER REMOVED | 08-25-2016 0329 | 08-25-2016 0329 |
| TAL | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 08-12-2016 0920 | 08-25-2016 0329 |
| B16 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 08-12-2016 0920 | 08-12-2016 0920 |
| B16 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 08-12-2016 0600 | 08-12-2016 0920 |
| JES | TRANSFER | TRANSFER | 08-12-2016 0600 | 08-12-2016 0600 |
| JES | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-29-2014 1126 | 08-12-2016 0600 |
| 9-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 01-29-2014 1126 | 01-29-2014 1126 |
| 9-L | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 12-24-2013 1137 | 01-29-2014 1126 |
| DSC | ADMIN REL | ADMINISTRATIVE RELEASE | 12-24-2013 1037 | 12-24-2013 1037 |
| DSC | A-ADMIN | ADMINISTRATIVE ADMISSION | 12-24-2013 1028 | 12-24-2013 1037 |
| P11 | RELEASE 12 | RELEASED FROM IN-TRANSIT, DEC | 12-24-2013 1128 | 12-24-2013 1128 |
| P11 | A-ADMIT 04 | ADMITTED TO IN-TRANSIT, APR | 04-08-2011 0530 | 12-24-2013 1128 |
| 6-B | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-08-2011 0530 | 04-08-2011 0530 |
| 6-B | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 12-09-2010 0403 | 04-08-2011 0530 |
| BRO | HLD REMOVE | HOLDOVER REMOVED | 12-09-2010 0403 | 12-09-2010 0403 |
| BRO | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 12-07-2010 1022 | 12-09-2010 0403 |
| B15 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 12-07-2010 1022 | 12-07-2010 1022 |
| B15 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 12-07-2010 0707 | 12-07-2010 1022 |
| PHL | HLD REMOVE | HOLDOVER REMOVED | 12-07-2010 0707 | 12-07-2010 0707 |
| PHL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 12-06-2010 1825 | 12-07-2010 0707 |
| ATL | PRE REMOVE | PRE SENT DETAINEE REMOVED | 12-02-2010 1050 | 12-06-2010 1825 |

G0002 MORE PAGES TO FOLLOW . . .

BECA7 531.01 * INMATE HISTORY * 09-08-2026
PAGE 003 OF 003 * ADM-REL * 10:06:03

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| ATL | A-PRE | PRE-SENT ADMIT, ADULT | 12-01-2010 1123 | 12-02-2010 1050 |
| B14 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 12-01-2010 1123 | 12-01-2010 1123 |
| B14 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 12-01-2010 0341 | 12-01-2010 1123 |
| TAL | HLD REMOVE | HOLDOVER REMOVED | 12-01-2010 0341 | 12-01-2010 0341 |
| TAL | A-PRE | PRE-SENT ADMIT, ADULT | 11-30-2010 1529 | 12-01-2010 0341 |
| MIM | PRE REMOVE | PRE SENT DETAINEE REMOVED | 11-30-2010 0403 | 11-30-2010 1529 |
| MIM | A-PRE | PRE-SENT ADMIT, ADULT | 11-17-2010 1200 | 11-30-2010 0403 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

# Attachment B

```
  BECA7          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-08-2026
PAGE 001 OF 003                                                     13:58:06


    FUNCTION: LST SCOPE: REG   EQ 96006-004     OUTPUT FORMAT: UNSAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM            THRU              DT STS: FROM            THRU
DT STS: FROM     TO     DAYS BEFORE "OR" FROM     TO     DAYS AFTER DT RDU
DT TDU: FROM     TO     DAYS BEFORE "OR" FROM     TO     DAYS AFTER DT TRT
STS/REAS:
SUBJECTS:
EXTENDED:   REMEDY LEVEL:                  RECEIPT:       "OR" EXTENSION:
RCV  OFC : EQ
TRACK:  DEPT:
      PERSON:
        TYPE:
EVNT FACL: EQ
RCV FACL.: EQ
RCV UN/LC: EQ
RCV QTR..: EQ
ORIG FACL: EQ
ORG UN/LC: EQ
ORIG QTR.: EQ
```

```
G0002    MORE PAGES TO FOLLOW . . .
```

| REMEDY-ID | REG<br>STATUS-DATE<br>SUBJ1/SUBJ2 | NAME<br>STATUS | DATE-RCV | ORIG UNIT OR<br>RCV-OFC | LOC/QTRS/FACL<br>RCV-FACL | <br>EVNT-FACL |
|---|---|---|---|---|---|---|
| | | --------------------ABSTRACT------------------------- | | | | |
| 877524-F1 | 96006-004<br>10-11-2016<br>30AC/ | RIVERNIDER, R<br>CLD<br>JAIL CREDIT | <br>09-29-2016 | UNT F<br>EST | F04-420L<br>EST | EST<br>EST |
| 877524-R1 | 96006-004<br>10-21-2016<br>30AC/ | RIVERNIDER, R<br>REJ<br>JAIL CREDIT | <br>10-21-2016 | UNT F<br>SER | F04-420L<br>EST | EST<br>EST |
| 877524-R2 | 96006-004<br>12-12-2016<br>30AC/ | RIVERNIDER, R<br>CLD<br>REQ. JAIL CREDIT | <br>11-17-2016 | UNT F<br>SER | F04-420L<br>EST | EST<br>EST |
| 877524-A1 | 96006-004<br>02-03-2017<br>30AC/ | RIVERNIDER, R<br>REJ<br>JAIL CREDIT | <br>01-23-2017 | UNT F<br>BOP | F04-420L<br>EST | EST<br>EST |
| 877524-A2 | 96006-004<br>03-23-2017<br>30AC/ | RIVERNIDER, R<br>REJ<br>JAIL CREDIT | <br>03-06-2017 | UNT F<br>BOP | F04-420L<br>EST | EST<br>EST |
| 877524-A3 | 96006-004<br>04-20-2017<br>30AC/ | RIVERNIDER, R<br>REJ<br>JAIL CREDIT | <br>04-06-2017 | UNT F<br>BOP | F04-420L<br>EST | EST<br>EST |
| 902422-F1 | 96006-004<br>06-06-2017<br>30ZC/ | RIVERNIDER, R<br>CLD<br>REQUESTS JAIL TIME CREDIT | <br>05-17-2017 | UNT F<br>EST | F02-224L<br>EST | EST<br>EST |
| 877524-A4 | 96006-004<br>06-12-2017<br>30AC/ | RIVERNIDER, R<br>CLD<br>JAIL CREDIT | <br>05-30-2017 | UNT F<br>BOP | F04-420L<br>EST | EST<br>EST |
| 955014-F1 | 96006-004<br>10-19-2018<br>13ZC/ | RIVERNIDER, R<br>CLD<br>REQUEST HOME CONFINEMENT/COMMUNITY CUSTODY CLASSIFIC | <br>09-27-2018 | UNT F<br>EST | F02-224L<br>EST | EST<br>EST |
| 957317-F1 | 96006-004<br>11-07-2018<br>33FC/ | RIVERNIDER, R<br>CLO<br>LEGAL MAIL MARKING COMPLAINT | <br>10-18-2018 | UNT F<br>EST | F02-224L<br>EST | EST<br>EST |
| 955014-R1 | 96006-004<br>12-20-2018<br>13ZC/ | RIVERNIDER, R<br>CLD<br>REQUEST HOME CONFINEMENT/COMMUNITY CUSTODY CLASSIFIC | <br>11-16-2018 | UNT F<br>SER | F02-224L<br>EST | EST<br>EST |
| 957317-R1 | 96006-004<br>01-31-2019<br>33FC/ | RIVERNIDER, R<br>CLD<br>LEGAL MAIL MARKING COMPLAINT | <br>11-16-2018 | UNT F<br>SER | F02-224L<br>EST | EST<br>EST |
| 963382-F1 | 96006-004<br>12-10-2018<br>33IC/ | RIVERNIDER, R<br>REJ<br>LAW LIBRARY REQUEST | <br>12-10-2018 | UNT F<br>EST | F02-224L<br>EST | EST<br>EST |

G0002 MORE PAGES TO FOLLOW . . .

```
  BECA7          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-08-2026
PAGE 003 OF 003                                                     13:58:06

REMEDY-ID       REG        NAME                      ORIG UNIT OR LOC/QTRS/FACL
             STATUS-DATE     STATUS    DATE-RCV     RCV-OFC  RCV-FACL  EVNT-FACL
             SUBJ1/SUBJ2 --------------------ABSTRACT-------------------------


968379-R1    96006-004   RIVERNIDER, R                UNT F      F02-224L   EST
             02-20-2019       REJ     12-17-2018       SER       EST       EST
             25ZM/       LOCKDOWN PROCEDURES

968383-R1    96006-004   RIVERNIDER, R                UNT F      F02-224L   EST
             02-20-2019       REJ     12-17-2018       SER       EST       EST
             25ZM/       LOCKDOWN PROCEDURES

957317-A1    96006-004   RIVERNIDER, R                UNT F      F02-224L   EST
             06-06-2019       CLO     03-15-2019       BOP       EST       EST
             33FC/       LEGAL MAIL MARKING COMPLAINT

955014-A1    96006-004   RIVERNIDER, R                UNT F      F02-224L   EST
             06-06-2019       VOD     05-08-2019       BOP       EST       EST
             13ZC/       REQUEST HOME CONFINEMENT/COMMUNITY CUSTODY CLASSIFIC

955014-A2    96006-004   RIVERNIDER, R                UNT F      F02-224L   EST
             06-07-2019       REJ     05-08-2019       BOP       EST       EST
             13ZC/       REQUEST HOME CONFINEMENT/COMMUNITY CUSTODY CLASSIFIC

1012002-F1   96006-004   RIVERNIDER, R                UNT F      F02-214L   EST
             03-30-2020       REJ     03-27-2020       EST       EST       EST
             13GC/       REJECTED. INMATE WANTS A COMPASSIONATE RELEASE.

1287843-F1   96006-004   RIVERNIDER, R                5 SCP      E03-127L   BEC
             08-26-2026       CLD     08-11-2026       BEC       BEC       BEC
             38DM/       FSA TIME CREDITS

1288031-F1   96006-004   RIVERNIDER, R                5 SCP      E03-127L   BEC
             08-21-2026       CLD     08-12-2026       BEC       BEC       BEC
             31ZM/       OTHER SENTENCE COMPUTATION
```

```
             21 REMEDY SUBMISSION(S) SELECTED
G0000    TRANSACTION SUCCESSFULLY COMPLETED
```

# Attachment C

BECA7 * INMATE EDUCATION DATA * 09-08-2026
PAGE 001 OF 001 * TRANSCRIPT * 15:07:58

REGISTER NO: 96006-004 NAME..: RIVERNIDER FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: BEC-BECKLEY FCI

--------------------------- EDUCATION INFORMATION ---------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| BEC | ESL HAS | ENGLISH PROFICIENT | 02-03-2014 0744 | CURRENT |
| BEC | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-03-2014 0744 | CURRENT |

----------------------------- EDUCATION COURSES -----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| BEC SCP | CAMP ACE REFRESHER MATH | 08-11-2026 | CURRENT | | | | |
| BEC SCP | CAMP CALCULATOR | 06-16-2026 | 07-15-2026 | P | C | P | 20 |
| BEC SCP | FPC EDUCATION ACE CDL CLASS | 06-01-2026 | 06-16-2026 | P | C | P | 20 |
| BEC SCP | RPP 6 COPING SKILLS | 05-15-2026 | 05-15-2026 | P | C | P | 1 |
| BEC SCP | RPP 5 RELEASE METHODS | 05-15-2026 | 05-15-2026 | P | C | P | 1 |
| BEC SCP | RPP 4 HALFWAY HOUSE REGS | 05-15-2026 | 05-15-2026 | P | C | P | 1 |
| BEC SCP | RPP 4 US PROBATION | 05-15-2026 | 05-15-2026 | P | C | P | 1 |
| BEC SCP | RPP 3 PERSONAL BUDGETING | 05-15-2026 | 05-15-2026 | P | C | P | 1 |
| BEC SCP | RPP 3 CHECKING AND SAVINGS | 05-15-2026 | 05-15-2026 | P | C | P | 1 |
| BEC SCP | RPP 2 EMPLOYMENT SKILLS | 05-15-2026 | 05-15-2026 | P | C | P | 1 |
| BEC SCP | DISEASE PREVENTION SELF-STUDY | 05-15-2026 | 05-15-2026 | P | C | P | 1 |
| BEC SCP | RPP 1 HEALTH AND NUTRITION | 05-15-2026 | 05-15-2026 | P | C | P | 1 |
| BEC SCP | RPP 1 DISEASE PREVENTION | 05-15-2026 | 05-15-2026 | P | C | P | 1 |
| EST SCP | INFECTIOUS DISEASE PREVT(HN#1) | 05-24-2018 | 05-24-2018 | P | C | P | 1 |
| EST SCP | MAKING A BUS. PLAN (#6 PG) | 04-24-2017 | 07-07-2017 | P | C | P | 24 |
| EST SCP | COMMUNICATION SKILLS (#2/#6) | 03-26-2017 | 04-26-2017 | P | C | P | 8 |
| EST SCP | STOCK MARKET ANALYSIS (EM #2) | 01-09-2017 | 03-31-2017 | P | C | P | 24 |
| JES FSL | PARENTING CLASS 2 @ FSL | 02-09-2016 | 05-01-2016 | P | C | P | 18 |
| JES FSL | PROFESSIONAL WRITING CLASS@FSL | 01-07-2016 | 04-01-2016 | P | C | P | 18 |
| JES FSL | LEGAL RESEARCH CLASS @ FSL | 10-03-2015 | 01-11-2016 | P | C | P | 18 |
| JES FSL | PARENTING CLASS 1 @ FSL | 09-15-2015 | 12-16-2015 | P | C | P | 18 |
| JES FSL | BUSINESS FINANCE @FSL | 07-06-2015 | 10-02-2015 | P | C | P | 18 |
| JES FSL | MICROSOFT OFFICE APPL 1130-330 | 06-02-2014 | 03-10-2015 | P | C | C | 520 |
| JES FSL | PROFESSIONAL WRITING CLASS@FSL | 04-01-2014 | 06-17-2014 | P | C | P | 18 |
| JES FSL | RPP#1 AIDS AWARENESS | 03-05-2014 | 03-05-2014 | P | C | P | 1 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

# Attachment D

# FSA Time Credit Assessment

**Register Number:96006-004, Last Name:RIVERNIDER**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Register Number....: 96006-004
Inmate Name
Last.............: RIVERNIDER
First............: ROBERT
Middle...........:
Suffix...........:
Gender.............: MALE
Start Incarceration: 12-12-2025

Responsible Facility: BEC
Assessment Date.....: 09-02-2026
Period Start/Stop...: 04-15-2026 to 09-02-2026
Accrued Pgm Days....: 140
Disallowed Pgm Days.: 0
FTC Towards RRC/HC..: 40
FTC Towards Release.: 0
Apply FTC to Release: No

**--- FTC Claim Status ---**

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-15-2026 | 09-02-2026 | accrue | 140 |
| | | disallow | 0 |

**Cannot apply FTC(s) towards early release.**

**No term of supervision**

**--- Program Day Intervals ---**

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-15-2026 | 09-02-2026 | accrue | 140 |

Accrued Pgm Days...: 140
Carry Over Pgm Days: 0
Time Credit Factor.: 10
Time Credits.......: 40

**--- FSA Assessment(s) ---**

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 04-15-2026 | 05-13-2026 | R-LW | 04-27-2026 12:34 | 10 |
| 002 | 05-13-2026 | 11-09-2026 | R-LW | 04-27-2026 12:34 | 10 |

**FSA Time Credit Assessment**

**Register Number:96006-004, Last Name:RIVERNIDER**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------**

**All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 09-02-2026. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.**

**SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.**

**---**

Projected Release Date: 01-13-2028
Projected Release Method: GCT REL
FSA Projected Release Date: N/A
FSA Projected Release Method: N/A
FSA Conditional Release Date: N/A
SCA Recommended Placement Days (Following 5 Factor Review): 150
SCA Recommended Placement Date: 08-16-2027
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 109
FSA Conditional Placement Days: 150
FSA Conditional Placement Date: 08-16-2027
Conditional Transition To Community Date: 03-19-2027
Max. Statutory HC Placement Date (if approp.): 04-29-2027
Recommended HC Placement Date (if approp.): 04-29-2027