FILED
OCT 16 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA BECKLEY DIVISION**

Robert Rivernider v. Warden, FCI Beckley Satellite Camp
Case No. 5:26-cv-00459

**Personal Signature Confirmation and Request for Accommodation**

I personally approved the medical request on September 10, 2026. I have now reviewed and adopt the medical filing docketed as ECF 18, authorize its filing, and wish to pursue its requested relief. My approval on September 10 does not mean I personally observed every later event reported by others. Preparation and mailing assistance from family members and friends did not replace my authorization. I submit this original personal signature to cure the omission identified in ECF 20 at 3-4.

I have personally reviewed and adopt the corrected October 13, 2026 reply, specific objections to ECF 19, renewed emergency accounting motion, supporting memorandum and Calculation Exhibit B. I also adopt the accompanying Declaration Supporting Reply and Emergency Calculation Motion upon personally reviewing and signing it. The Burks quotation is emphasized without changing its words. These papers request a determination of actual unapplied custody and credits; they do not assume that entitlement or a release date has already been established.

I request prompt consideration of the medical relief in ECF 18 after this signature cure, including a current status report concerning the requested cardiology care, prescribed medication and outstanding appointments, and such relief within this proceeding as the Court finds appropriate. The accompanying declaration gives dated medical information and identifies reports from others. I do not represent that the Court has granted the requested relief or that no treatment has occurred after the last date I can personally verify.

I authorize Loretta, at my express direction, to reproduce my saved handwritten Adobe PDF signature on the specific filings and certificates I personally review, approve and authorize. She may assist with preparation, transmission and service, but may not represent me, independently change my claims, or sign a statement I have not approved. I request that the Court accept such authorized reproductions as my personal signatures. If ink-signed originals are required, I request notice and a reasonable opportunity to supply them. My authorization is not a representation that the Court has already approved this method.

Because limited institutional access impedes copying and mailing, I also request permission for a designated helper to transmit personally signed PDFs to a Clerk-approved address, or an approved institutional submission method. Please specify signature, service and original-document requirements and when filing becomes effective. I acknowledge that incarcerated pro se litigants ordinarily cannot use CM/ECF and that this request creates no permission until granted. A copy of this confirmation and the accompanying declaration will be served on Respondent's counsel.

I declare under penalty of perjury that the factual statements in this confirmation are true and correct. Executed on: 10-13-2026.

Personal signature: Robert H. R[signature]

Robert Rivernider, Register No. 96006-004
FCI Beckley Satellite Camp, P.O. Box 350, Beaver, WV 25813

**Certificate of service**

I certify that on 10-13-2026, at my direction, true and correct copies of this Personal Signature Confirmation and Request for Accommodation and the accompanying Declaration Supporting Reply and Emergency Calculation Motion were mailed through outside assistance by first-class United States mail, postage prepaid, to:

Seth Frederick

Assistant United States Attorney

United States Attorney's Office

300 Virginia Street East, Room 4000

Charleston, WV 25301

Personal signature: ______________________

Robert Rivernider, Petitioner pro se